UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM TODD RUHE and FRANCISO ADOLFO VALDEZ GUERRERO,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM P. BARR, Attorney General; KEVIN K. MCALEENAN, Acting Secretary of the Department of Homeland Security; L. FRANCIS CISSNA, Director of the U.S. Citizenship and Immigration Services; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendants. | No. CV 18-03734-AB (AGRx)<br><br>**[PROPOSED]** **JUDGMENT** |

The Motion for Summary Judgment brought by Defendants William P. Barr, Attorney General of the United States, Kevin K. McAleenan, Acting Secretary of the Department of Homeland Security, L. Francis Cissna, Director of U.S. Citizenship and Immigration Services, and U.S. Citizenship and Immigration Services ("Defendants") came on regularly for hearing on June 21, 2019, before this Court. The Court, having considered the pleadings, memoranda of points and authorities, evidence, and oral argument presented at the time of the hearing, and in accordance with the Order Granting Defendants' Motion for Summary Judgment entered herein:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

Defendants' Motion for Summary Judgment be granted and judgment is hereby entered in favor of Defendants.

DATED: July 10, 2019

_____
HON. ANDRÉ BIROTTE JR.